*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    August 6, 2015                 519631
_____

In the Matter of ALBERT
    HARRIOTT,
                        Petitioner,

        v                                      MEMORANDUM AND JUDGMENT

MICHAEL SHEAHAN, as
    Superintendent of Five
    Points Correctional
    Facility,
                        Respondent.
_____

Calendar Date:    June 8, 2015

Before:   Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ.

                        _____


        Albert Harriott, Elmira, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                        _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Egan Jr. and Devine, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court